IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THERABODY, INC.,                           :
                                           :
            Plaintiff,                     :
                                           :
      v.                                   :        Civil Action No. 22-202-RGA
                                           :
MIWORLD ACCESSORIES, LLC, et al.,          :
                                           :
            Defendants.                    :

**ORDER SETTING RULE 16(b) TELEPHONE CONFERENCE**

1.      A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held
        on **Thursday, May 19, 2022, at 3:00 p.m.**, before the Honorable Richard G.
        Andrews.  Plaintiff's local counsel shall coordinate a dial-in number for the call,
        and file a letter on the docket with the dial-in information.

2.      Parties shall confer about scheduling and discovery limitations, and attempt to
        reach agreement.  The parties shall use as a basis for discussion the Court's "Rule
        16 Scheduling Order – patent," available on the Court's website.  No later than 48
        hours before the scheduling conference, the parties shall file a proposed
        scheduling order using the "Rule 16 Scheduling Order - patent."

3.      The parties shall direct any requests or questions regarding the scheduling or
        management of this case to the Court's Case Manager at (302) 573-6137.

 May , 2022      _                          /s/ Richard G. Andrews
Date                                        United States District Judge